UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT 1 0 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:19CR842 SRC/SPM |
| ) | |
| CLINT BAER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about March 2019, and on or about October 7, 2019, in the Eastern District of Missouri, and elsewhere, the defendant,

**CLINT BAER,**

did knowingly use any facility and means of interstate commerce, and knowingly attempted to persuade, induce, entice, and coerce and undercover FBI agent, who the defendant believed to be the mother of a 14-year-old child, to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the defendant, who was at least twenty-one years of age, believing the undercover FBI agent, was the mother of a 14-year-old child, attempted to persuade, induce, entice and coerce the undercover FBI agent to allow and arrange for him to

have sexual intercourse with her 14 year-old child, in violation of Missouri Revised Statute, Section 566.034, and committed a substantial step thereof.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DIANNA R. COLLINS #59641MO
Assistant United States Attorney